# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THE MARCELLUS SHALE COALITION, | : | No. 68 MAP 2019 |
| | : | |
| Appellee | : | |
| | : | Notice of Appeal from the Order of |
| | : | the Commonwealth Court at No. 573 |
| v. | : | MD 2016 dated July 22, 2019. |
| | : | |
| | : | |
| DEPARTMENT OF ENVIRONMENTAL | : | |
| PROTECTION OF THE COMMONWEALTH | : | |
| OF PENNSYLVANIA AND | : | |
| ENVIRONMENTAL QUALITY BOARD OF | : | |
| THE COMMONWEALTH OF | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Cross Appellants | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of December, 2019, the Notice of Appeal is QUASHED without prejudice to Appellants' ability to raise the claims therein on appeal from a final order of the Commonwealth Court. *See United States Orgs. for Bank. Alts., Inc. v. Dep't of Banking,* 26 A.3d 474 (Pa. 2011).